**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAY DEWAYNE WARD,** | **)** | |
| | **)** | |
| **Petitioner/Defendant,** | **)** | CIVIL ACTION NO. 12-0269-CG-N |
| | **)** | |
| vs. | **)** | CRIMINAL NO. 09-00121-CG |
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct

Sentence by a Person in Federal Custody filed in this case (Doc. 92, as amended by

Doc. 98) be and the same hereby is **DENIED** because, as to the claims for

ineffective-assistance-of-counsel, it has not been shown that the petitioner's rights

were violated, and the non-ineffective-assistance-of-counsel claim is procedurally

unavailable.  Further, the petitioner is not entitled to a certificate of appealability

and is therefore not entitled to appeal <u>in forma pauperis</u>.

**DONE and ORDERED** this 19th day of February, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE